428 A.2d 677

Commonwealth v. Diggs, Appellant.

Submitted December 6, 1979. Stephen M. Karp, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Order of the Post Conviction Hearing Act court denying appellant relief affirmed.

428 A.2d 677

Commonwealth v. Evans, Appellant.

Submitted December 6, 1979. William F. Ochs, Jr., Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.